Jesse Naiman
Wyoming State Bar No. 7-5516
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2124
jesse.naiman@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2026 AUG 14 PM 1:15
MARGARET BOTKINS, CLERK
CHEYENNE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, | |
| **v.** | **Case No.** 26-MJ-52-ABJ |
| **EDWARD JAMES PORTER,** Defendant. | |

**MOTION FOR DETENTION HEARING**

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. Eligibility of Case. This case is eligible for a detention order because the case involves the following:

**The complaint alleges a crime of violence, namely, 18 U.S.C. § 875(c).** ***See*** **18 U.S.C. § 3142(f)(1);** ***United States v. Mjoness, No. 20-8029, 2021 WL 4078002, at *2 (10th Cir. July 13, 2021).***

**Serious risk that the Defendant will attempt to threaten, injure, or attempt to threaten, injure, or intimidate a prospective witness, as has been alleged in the Defendant's companion criminal case out of the Southern District of Mississippi.** ***See United States v. Porter*****, 26-cr-00128-LG, Doc. 2, (S.D. Miss.**

**August 6, 2026) (staying a magistrate order releasing the Defendant and ordering the Defendant detained pending a supplemental evidentiary hearing).**

2. Reason for Detention. The court should detain the Defendant because there are no conditions of release which will reasonably assure:

**Witnesses are not intimidated from testifying.**
**Safety of the community.**
**Defendant's appearance as required.**

3. Rebuttable Presumption. The United States will not invoke the rebuttable presumption against the Defendant under § 3142(e).

4. Time for Detention Hearing. The United States requests the Court conduct the detention hearing:

**After a continuance of three days**

DATED this 14th day of August, 2026.

DARIN D. SMITH
United States Attorney

By: ______________________________
JESSE NAIMAN
Assistant United States Attorney